

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00183-CR

Cornell Jackie **DRUMMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR1948A
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED.

SIGNED November 14, 2018.

_____
Karen Angelini, Justice